**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 06-7709**

————————————

RONALD CLIFFORD JOHNSON,

Plaintiff - Appellant,

versus

KIM MCBRIDE; LEON DUJOUN; CORRECTIONAL OFFICER
ALGER; CORRECTIONAL OFFICER DUSING;
CORRECTIONAL OFFICER JONES,

Defendants - Appellees,

and

CLARKE-FAUQUIER-FREDERICK-WINCHESTER REGIONAL
ADULT DETENTION CENTER; RONALD WERDEBAUGH;
FRED D. HILDEBRAND; LARRY T. OMPS; NANCY
RHODES OMPS,

Defendants.

————————————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Glen E. Conrad, District Judge.
(7:04-cv-00050-gec)

————————————

Submitted: January 18, 2007          Decided: January 24, 2007

————————————

Before WILKINSON, TRAXLER, and GREGROY, Circuit Judges.

————————————

Affirmed by unpublished per curiam opinion.

Ronald Clifford Johnson, Appellant Pro Se. Rosalie Pemberton Fessier, TIMBERLAKE, SMITH, THOMAS & MOSES, PC, Staunton, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Clifford Johnson appeals the district court's order entering judgment on the jury verdict and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>Johnson v. Clarke-Fauquier</u>, No. 7:04-cv-00050-gec (W.D. Va. Sept. 27, 2006). We further deny Johnson's motion for the preparation of trial transcripts at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>